UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-4326-CAS(PLAx) | Date | July 2, 2012 |
|---|---|---|---|
| Title | *VISIONQWEST RESOURCE GROUP, INC. v. TOP RANK, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE ANY AND ALL PLEADINGS FILED BY THE PLAINTIFF AND/OR DISMISSAL OF THE ACTION IN ITS ENTIRETY FOR FAILURE TO RESPOND AND SUBMIT PAYMENT IN THE AMOUNT OF $403.00.

The filing fee in the amount of $350.00 has been returned by the bank.

**IT IS HEREBY ORDERED** that **Plaintiff, VISIONQWEST RESOURCE GROUP, INC. DBA VISIONQWEST ACCOUNTANCY GROUP**, show cause in writing not later than **July 17, 2012** why it has failed to remit a replacement payment in the amount of $403.00 ($350.00 filing fee and $53.00 additional fee for processing a returned check) in this action and why this Court should not strike any and all pleadings filed by plaintiff and/or dismiss the action in its entirety.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Remittance of the replacement payment in the amount of $403.00, payable by cashier's check or money order only

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |