JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONQWEST RESOURCE GROUP, INC. d/b/a VISIONQWEST ACCOUNTANCY GROUP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, BOB ARUM, an individual, MICHAEL KONCZ, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-04326-CAS-PLAx<br><br>Hon. Christina A. Snyder<br><br>**ORDER** |

Pursuant to the parties' stipulation and for good cause shown, VisionQwest's claims in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs for the entire prosecution and defense of this action.

IT IS SO ORDERED.

Dated:  October 31, 2012

*Christine A. Snyder*
Honorable Christina A. Snyder
United States District Judge